JS-6

Peter B. Maretz, SBN 144826
pmaretz@stokeswagner.com
Jacqueline A. Godoy, SBN 259772
jgdoy@stokeswagner.com
STOKES WAGNER HUNT MARETZ & TERRELL
600 West Broadway, Suite 910
San Diego, CA 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840

Attorneys for Defendant Columbia Sussex Management, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HORTOBAGYI,<br><br>    Plaintiff,<br><br>v.<br><br>COLUMBIA SUSSEX MANAGEMENT, LLC; COLUMBIA SUSSEX MANAGEMENT, LLC dba JW MARRIOTT SANTA MONICA LE MERIGOT; JW MARRIOTT SANTA MONICA LE MERIGOT; and DOES 1 through 100, Inclusive<br><br>    Defendants. | Case No. 2:14-CV-00244-DOC (FFMx)<br><br>Action Date: December 10, 2013<br><br>**JUDGMENT ON MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

PURSUANT to the Court's Final Order dated March 5, 2015, and attached hereto as Exhibit A, in which the Court granted Defendant's Motion for Summary Judgment against Plaintiff PAUL HORTOBAGYI and dismissed all of Plaintiff's claims with prejudice, the Court hereby enters judgment against Plaintiff PAUL HORTOBAGYI as follows in the above-captioned matter:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff PAUL HORTOBAGYI take nothing by way of his Complaint as against Defendant COLUMBIA SUSSEX MANAGEMENT, LLC, and judgment is entered in favor of Defendant COLUMBIA SUSSEX MANAGEMENT, LLC as the prevailing party and against Plaintiff PAUL HORTOBAGYI as to all of Plaintiff's claims. This judgment is final for all purposes upon entry hereof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant COLUMBIA SUSSEX MANAGEMENT, LLC shall be entitled to recover costs of suit as the prevailing party in this action, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, and as otherwise appropriate under California and federal law. Defendant COLUMBIA SUSSEX MANAGEMENT, LLC shall further be entitled to reasonable attorneys' fees if determined by this Court pursuant to a noticed motion.

Dated: March 20, 2015

*David O. Carter*
Hon. David O. Carter
United States District Court Judge

Stokes Wagner Hunt Maretz & Terrell
600 West Broadway, Suite 910
San Diego, CA 92101
(619) 232-4261

1
2:14-CV-00244-DOC (FFMX)
JUDGMENT ON MOTION FOR SUMMARY JUDGMENT
4838-0683-6258.1